United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                     Case No. 2:23-mj-20

Mubarik Ibrahim

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:  January 17, 2023 @ 1:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Pete Glenn-Applegate |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Stacey MacDonald |
| Interpreter | | Pretrial/Probation: | Daniela Escamillal-H |
| Log In | 1:40 p.m. | Log Out | 1:48 p.m. |

Defendant advised of rights, charges, and penalties.

Defendant requested, qualified for & will be appointed counsel.

Government agrees to release on conditions.

Order setting conditions of release issued.

Preliminary Hearing set for 1/31/23 @ 2:00 p.m.

Government reminded of their obligation under the Due Process Protections Act.