PS 42
(Rev. 7/93)

# United States District Court
## Southern District of Ohio

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs. | ) | |
| Mubarik Ibrahim | ) | Case No. 0648 2:23MJ20 |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Mubarik Ibrahim, have discussed with Tiara Turner, Pretrial Services Officer modifications of my release conditions as follows:

*Participate in one of the following location restriction programs and abide by all the requirements of the program which will include Global Positioning Satellite (GPS) under Standalone Monitoring.*

---

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1/18/2023       _____  1-18-23
Signature of Defendant       Date              Pretrial Services Officer        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                         1-18-23
Signature of Defense Counsel                                      Date

☒ The above modification of conditions of release is ordered, to be effective on January 18, 2023.
☐ The above modification of conditions of release is *not* ordered.

s/Kimberly A. Jolson                                              1/18/2023
Signature of Judicial Officer                                      Date