AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>**MUBARIK IBRAHIM**<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 2:23-mj-20 |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 JAN 20 PM 2:33

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **MUBARIK IBRAHIM**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1956(h) - Money Laundering Conspiracy
18 U.S.C. 1956(a)(1)(B)(i) - Money Laundering
18 U.S.C. 1956(a)(2)(B)(i) - Money Laundering

Date: January 12, 2023

*Kimberly A. Jolson*
United States Magistrate Judge

City and state: Columbus, OH

---

### Return

This warrant was received on *(date)* 01/12/2023, and the person was arrested on *(date)* 01/17/2023
at *(city and state)* Columbus, OH

Date: 1/17/2023

*Arresting officer's signature*

Kyle Burns, Special Agent
*Printed name and title*