AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>__Mubarik Ibrahim__<br>_Defendant_ | )<br>)<br>) Case No. 2:23-mj-20<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 1/30/2023

_Defendant's signature_

_Signature of defendant's attorney_

Stacey MacDonald (OH 35394)
_Printed name and bar number of defendant's attorney_

10 W. Broad St #1020 Columbus, OH 43235
_Address of defendant's attorney_

Stacey_macdonald@fd.org
_E-mail address of defendant's attorney_

(614) 469-2999
_Telephone number of defendant's attorney_

(614) 469-5999
_FAX number of defendant's attorney_